THE STATE, EX REL. AURIGA INTERNATIONAL CORPORATION, APPELLANT, *v.* ROBINSON, DIR., ET AL., APPELLEES.

(No. 80-1424—Decided April 8, 1981.)

*Mr. Robert M. Carter,* for appellant.
*Mr. Thomas E. Wagner,* director of law, *Ms. Jacqueline L. Shuck* and *Mr. Robert McCarthy,* for appellees.

*Per Curiam.* Pursuant to CETA and the administrative rules promulgated thereunder, see 20 C.F.R. 676.81 *et seq.,* appellant has adequate remedies to pursue its grievances. Accordingly, the Court of Appeals properly dismissed appellant's mandamus action, and its judgment is hereby affirmed.

*Judgment affirmed.*

CELEBREZZE, C. J., W. BROWN, P. BROWN, SWEENEY, LOCHER, HOLMES and C. BROWN, JJ., concur.